UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FREDERICK V. MCMENIMEN, III | ) | CASE NO.: 12-10713-JMD |
| | ) | |
| Debtor | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF
## ATTORNEY FOR CHAPTER 7 TRUSTEE AND ESTATE

Upon the Motion for Authorization to Employ Attorney for Chapter 7 Trustee and Estate, it is hereby ordered, adjudged and decreed:

1. That the Motion is granted;

2. That Daniel C. Proctor, Attorney at Law, is hereby authorized to be retained as Attorney to the Chapter 7 Trustee and Estate in accordance with the terms and conditions specified in the Motion.

Dated: November 27, 2013

/s/ J. Michael Deasy
J. Michael Deasy, Bankruptcy Judge