UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FREDERICK V. MCMENIMEN, III | ) | Case No.: 12-10713-JMD |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |

## NOTICE OF HEARING

Please take notice that a hearing will be held:

DATE: August 25, 2015

TIME: 1:30 p.m.

LOCATION: Bankruptcy Courtroom II, 11th Floor, 1000 Elm Street, Manchester, New Hampshire

To consider and act upon the following:

Chapter 7 Trustee's Motion to Sell Pursuant to Section 363(b)

Last day for Objections: August 18, 2015

                                                      Respectfully Submitted
                                                      MARK P. CORNELL
                                                      By His Attorney

Dated: July 22, 2015                       /s/ Daniel C. Proctor, Esq.
                                                      Daniel C. Proctor, Esq., #02124
                                                      P.O. Box 3544
                                                      Concord, NH 03302-3544
                                                      603-228-8226