UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FREDERICK V. MCMENIMEN, III | ) | Case No.: 12-10713-JMD |
| | ) | |
| Debtor | ) | |
| | ) | |

## ORDER

The Chapter 7 Trustee's Motion to Sell Pursuant to Section 363(b), the Judgment entered in favor of the Estate in the matter of <u>Mark P. Cornell, Trustee v. Frederick V. McMenimen, Jr.</u>, Adv. Pro. No.: 14-01005-JMD to Renoir Recovery, LLC is approved. The sale of the aforementioned is "as-is – where-is" with any and faults, no warranties, recourse, and/or subsequent recession/restitution of the transfer.  The Trustee has no future duty, obligation, or requirement to assist Renoir Recovery LLC in any collection activity, Renoir Recovery LLC may undertake and also, the Trustee has no duty, to provide any additional records and/or documents to Renoir Recovery LLC.  The Trustee is authorized to execute the attached Assignment, on the condition that he receives $10,000.00, concurrent therewith.

Dated: _____     _____
                                                                    J. Michael Deasy, Bankruptcy Judge

# ASSIGNMENT

KNOW ALL MEN BY THESE PRESENTS that Mark P. Cornell, Trustee, for consideration, hereby assigns the following to RENOIR RECOVERY LLC, a duly organized New Hampshire LLC, with a mailing address of 100 Webster Street, Manchester, NH, 03104.

The Judgment known as <u>Mark P. Cornell, Trustee v. Frederick V. McMenimen, Jr.</u>, filed in the United States Bankruptcy Court, for the District of New Hampshire, Adv. Pro. No.: 14-01005-JMD.

Witness my hand and seal this _____ day of July, 2015.

                                                        Mark P. Cornell, Trustee
                                                       DULY AUTHORIZED

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

On this _____ day of July, 2015, before me, the undersigned officer, personally appeared Mark P. Cornell, Trustee known to me, or satisfactorily proven, to be the person whose name is subscribed to the foregoing instrument and acknowledged that he executed the same in the capacity therein stated and for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

                                                   Daniel C. Proctor, Esq., Justice of the Peace
                                                   My Commission Expires: 12/20/2018