UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FREDERICK V. MCMENIMEN, III | ) | Case No.: 12-10713-JMD |
| | ) | |
| Debtor | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Daniel C. Proctor, Esq., of P.O. Box 3544, Concord, NH 03302-3544 certify:

That I am, and at all times thereinafter mentioned was, more than 18 years of age:

That on the 22nd day of July, 2015, I served a copy of the Chapter 7 Trustee's Motion to Sell Pursuant to Section 363(b), Notice of Hearing and Order in the above proceeding, VIA ECF, pursuant to Local Bankruptcy Rule 4001-1(d), upon Richard T. Mulligan, Esq., Michael D. Ramsdell, Esq., Michael B. Feinman, Esq., Anne Marie Dirsa, Esq., Geraldine Karonis, Esq., James S. LaMontagne, Esq., David C. Green, Esq., R. Matthew Cairns, Esq., Dennis C. Carter, Esq., and Valerie S. Carter, Esq., and via U.S. Mail, postage prepaid, to the additional attached list of creditors, affixed hereto.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted
MARK P. CORNELL
By His Attorney

Dated: July 22, 2015              /s/ Daniel C. Proctor, Esq.
                                  Daniel C. Proctor, Esq., #02124
                                  P.O. Box 3544
                                  Concord, NH 03302-3544
                                  603-228-8226

Mark P. Cornell Chapter 7 Trustee
Mark P. Cornell
2 Greenwood Ave.
Concord, NH  03301

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:  Frederick V. McMenimen III | CASE NO: 12-10713 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 7/21/2015, I did cause a copy of the following documents, described below,

Chapter 7 Trustee's Motion to Sell Pursuant to Section 363(b) Notice of Hearing and Proposed Order,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/21/2015

/s/ Mark P. Cornell
Mark P. Cornell  BNH 04276
Mark P. Cornell Chapter 7 Trustee
2 Greenwood Ave.
Concord, NH  03301
 (603) 225-9900
mark.p.cornell@bankruptcynh.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

IN RE: Frederick V. McMenimen III

CASE NO: 12-10713

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter:
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 7/21/2015, a copy of the following documents, described below,

Chapter 7 Trustee's Motion to Sell Pursuant to Section 363(b) Notice of Hearing and Proposed Order,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/21/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark P. Cornell Chapter 7 Trustee
Mark P. Cornell
2 Greenwood Ave.
Concord, NH 03301

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH NAMES DESIGNATED AS "CRE" WERE SERVED VIA ELECTRONIC TRANSMISSION THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
0102-1
CASE 12-10713-JMD
DISTRICT OF NEW HAMPSHIRE LIVE DATABASE
MANCHESTER
TUE JUL 21 14-29-54 EDT 2015

CGI FINANCE INC.
1407 FLEET STREET
BALTIMORE MD 21231-2820

DANIEL C. PROCTOR ATTORNEY AT LAW
P.O. BOX 3544
CONCORD NH 03302-3544

OFFICE OF THE U.S. TRUSTEE
1000 ELM STREET
SUITE 605
MANCHESTER NH 03101-1703

RBS CITIZENS NATIONAL ASSOCIATION
875 ELM STREET
MANCHESTER NH 03101-2104

*EXCLUDE*
~~U.S. BANKRUPTCY COURT~~
~~1000 ELM STREET~~
~~SUITE 1001~~
~~MANCHESTER NH 03101-1700~~

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ 07101-1270

AMERICAN EXPRESS CENTURION BANK
CO BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

AMERICAN INFOSOURCE LP AS AGENT FOR
DIRECTV LLC
PO BOX 51178
LOS ANGELES CA 90051-5478

BANK OF AMERICA
PO BOX 15019
WILMINGTON DE 19886-5019

BANK OF AMERICA
PO BOX 5170
SIMI VALLEY CA 93062-5170

CITIZENS BANK
875 ELM STREET
MANCHESTER NH 03101-2104

ESTATE OF SAMUEL PIETROPAOLO
SAMUEL PIETROPAOLO TRUSTEE
110 MAPLE STREET
CARLISLE MA 01741-1628

FREDERICK V. MCMENIMEN JR.
72 PEARTREE LANE
MANCHESTER NH 03857-1846

GCI FINANCE INC.
15128 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0151

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

MCLANE GRAF RAULERSON & MIDDLETON
PO BOX 326
MANCHESTER NH 03105-0326

PASSATEMPO TRUST
CO SHEEHAN PHINNEY BASS & GREEN
255 STATE ST. 5TH FLOOR
BOSTON MA 02109-2617

PATRICIA PIETROPAOLO
SAMUEL PIETROPAOLO
110 MAPLE STREET
CARLISLE MA 01741-1628

PRUDENTIAL INSURANCE CO OF AMERICA
701 SAN MARCO BLVD.
COMPENSATION PD&AD
JACKSONVILLE FL 32207-8175

RAPHAEL & RAPHAEL LLP
52 CHURCH STREET
BOSTON MA 02116-5483

SAMUEL PIETROPAOLO IRREVOCABLE TRUST
SAMUEL PIETROPAOLO TRUSTEE
110 MAPLE STREET
CARLISLE MA 01741-1628

SASSON & CYMROT
84 STATE STREET
BOSTON MA 02109-2210

SHAUNA MCMENIMEN
6 PUMPKIN CIRCLE
EXETER NH 03833-3129

SHAUNA S. MCMENIMEN
PO BOX 19
STRATHAM NH 03885-0019

STATE OF NEW HAMPSHIRE
DEPT. OF EMPLOYMENT SECURITY
ATTN- ARNOLD ROCKLIN-WEARE
32 SOUTH MAIN STREET
CONCORD NH 03301-4817

SUSAN WAGSTAFF
23 VICTORIA DRIVE
HAMPTON FALLS NH 03844-2032

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH NAMES DESIGNATED AS "(COR)" WERE SERVED ELECTRONICALLY THROUGH THE CM/ECF SYSTEM

```
WAGE AND HOUR ADMINISTRATOR          WENTHWORTH BY THE SEA MARINA       WILLIAM CORBETT JR. ESQ.
NH DEPARTMENT OF LABOR               116 MORGAN□S WAY                   121 LORING AVE. SUITE 805
PO BOX 2076                          NEW CASTLE NH 03854                SALEM MA 01970-4473
CONCORD NH 03302-2076
```

*DEBTOR*

```
FREDERICK V. MCMENIMEN III           MARK P. CORNELL                    MICHAEL B. FEINMAN
PO BOX 290304                        TRUSTEE                            FEINMAN LAW OFFICE
CHARLESTOWN MA 02129-0206            2 GREENWOOD AVENUE                 THE NORTHMARK BANK BUILDING
                                     CONCORD NH 03301-3927              69 PARK STREET
                                                                        ANDOVER MA 01810-3694


SUSAN WAGSTAFF
EXETER NH 03833
```