**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**
**Manchester DIVISION**

In re: MCMENIMEN, FREDERICK III V. § Case No. 12-10713
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/06/2012. The undersigned trustee was appointed on 03/07/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $       10,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6,293.00 |
| Bank service fees | 32.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 3,674.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

      6. The deadline for filing non-governmental claims in this case was 01/20/2015 and the deadline for filing governmental claims was 09/02/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $108.49 for total expenses of $108.49[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/09/2015    By: /s/ Mark P. Cornell
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

Case No.: 12-10713  
Case Name: MCMENIMEN, FREDERICK III V.  
For Period Ending: 12/09/2015

Trustee Name: (490010) Mark P. Cornell  
Date Filed (f) or Converted (c): 03/06/2012 (f)  
§ 341(a) Meeting Date: 05/04/2012  
Claims Bar Date: 01/20/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6 Pumpkin Circle Exeter, NH 03833 | 575,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand In Debtor's Possession (u) | 869.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account - Citizen's Bank (u) | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account - Citizen's Bank (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account - Kennebunk Savings Bank' (u) | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Checking Account - Kennebunk Savings Bank (u) | 100.00 | 100.00 | | 0.00 | FA |
| 7 | Household Furnishings In Debtor's Possession (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing In Debtor's Possession (u) | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry In Debtor's Possession (u) | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11 | PSB Sports, LLC (100%) (u) | Unknown | 0.00 | | 0.00 | FA |
| 12 | Custom Financial, LLC (100%) | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case No.:** 12-10713  
**Case Name:** MCMENIMEN, FREDERICK III V.  
**For Period Ending:** 12/09/2015

**Trustee Name:** (490010) Mark P. Cornell  
**Date Filed (f) or Converted (c):** 03/06/2012 (f)  
**§ 341(a) Meeting Date:** 05/04/2012  
**Claims Bar Date:** 01/20/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Coach G & C LLC (100%) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Coach's Locker Room, LLC (for disclosure purpose (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2007 BMW 750 In Debtor's Possession (u) | 9,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2004 Chrysler Pacifica In Debtor's Possession (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 Moped In Debtor's Possession (u) | 500.00 | 0.00 | | 0.00 | FA |
| 18 | 2004 Chrysler Pacifica I n Debtor's Possession | 2,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2011 Moped I n Debtor's Possession | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 2004 Searay 390 In Debtor's Possession (u) | 140,000.00 | 0.00 | | 0.00 | FA |
| 21 | Season Tickets - Bruins (20 games) | Unknown | 0.00 | | 0.00 | FA |
| 22 | Season Tickets - New England Patriots (Putnam Cl | Unknown | 0.00 | | 0.00 | FA |
| 23 | Lawsuit (u)<br>United States District Court, District Of Massachusetts, Civil Action No. 05-12229-GAO, Frederick V. Mcmenimen III v. Samuel F. Pietropaolo And Ronald P. Passatempo | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case No.:** 12-10713  
**Case Name:** MCMENIMEN, FREDERICK III V.  
**For Period Ending:** 12/09/2015

**Trustee Name:** (490010) Mark P. Cornell  
**Date Filed (f) or Converted (c):** 03/06/2012 (f)  
**§ 341(a) Meeting Date:** 05/04/2012  
**Claims Bar Date:** 01/20/2015

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Preference/Fraudulent Transfer Claims (u)<br>Preference/Fradulent Transfer Claims - Sale of Asset was approved by Court for $10,000. | Unknown | Unknown | | 10,000.00 | Unknown |
| | **Assets    Totals**   (Excluding unknown values) | **$736,569.00** | **$200.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepare TFR.

Selling judgment. Hearing Scheduled in August 2015. Will then prepare TFR.

**Initial Projected Date Of Final Report (TFR):** 06/30/2015    **Current Projected Date Of Final Report (TFR):** 12/31/2015

12/09/2015  
Date

/s/Mark P. Cornell  
Mark P. Cornell

UST Form 101-7-TFR (5/1/2011)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 12-10713 | Trustee Name: | Mark P. Cornell (490010) |
|---|---|---|---|
| Case Name: | MCMENIMEN, FREDERICK III V. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9985 | Account #: | ******6400 Checking |
| For Period Ending: | 12/09/2015 | Blanket Bond (per case limit): | $12,100,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/03/2015 | {24} | Renoir Recovery, LLC | Sale of Judgment against Frederick McMenimen, II - See Doc. #199. | 1241-000 | 10,000.00 | | 10,000.00 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.46 | 9,987.54 |
| 10/06/2015 | 101 | Daniel Proctor, Attorney at Law | See Doc. #206 | | | 6,000.00 | 3,987.54 |
| | | | See Doc. #206 $5,806.25 | 3210-000 | | | 3,987.54 |
| | | | See Doc. #206 $193.75 | 3220-000 | | | 3,987.54 |
| 10/06/2015 | 102 | Clerk, United States Bankruptcy Court | Deferred Filing Fee for 14-01005 | 2700-000 | | 293.00 | 3,694.54 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,684.54 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,674.54 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 12-10713 |
| Case Name: | MCMENIMEN, FREDERICK III V. |
| Taxpayer ID #: | **-***9985 |
| For Period Ending: | 12/09/2015 |

| | |
|---|---|
| Trustee Name: | Mark P. Cornell (490010) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6400 Checking |
| Blanket Bond (per case limit): | $12,100,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 10,000.00 | 6,325.46 | $3,674.54 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.00 | 6,325.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$6,325.46** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Exhibit B**

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-10713 |
| **Case Name:** | MCMENIMEN, FREDERICK III V. |
| **Taxpayer ID #:** | **-***9985 |
| **For Period Ending:** | 12/09/2015 |

| | |
|---|---|
| **Trustee Name:** | Mark P. Cornell (490010) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6400 Checking |
| **Blanket Bond (per case limit):** | $12,100,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6400 Checking | $10,000.00 | $6,325.46 | $3,674.54 |
| | **$10,000.00** | **$6,325.46** | **$3,674.54** |

12/09/2015
Date

/s/Mark P. Cornell
Mark P. Cornell

UST Form 101-7-TFR (5/1/2011)

**Exhibit C**

## Claims Proposed Distribution Register

### Case: 12-10713 MCMENIMEN, FREDERICK III V.

| **Case Balance:** | $3,674.54 | **Total Proposed Payment:** | $3,674.54 | **Remaining Balance:** | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2S | Internal Revenue Service | Secured | $266,935.45 | $0.00 | $0.00 | $0.00 | $0.00 | $3,674.54 |
| | Daniel Proctor, Attorney at Law | Admin Ch. 7 | $5,806.25 | $5,806.25 | $5,806.25 | $0.00 | $0.00 | $3,674.54 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | Daniel Proctor, Attorney at Law | Admin Ch. 7 | $193.75 | $193.75 | $193.75 | $0.00 | $0.00 | $3,674.54 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
| | Clerk, United States Bankruptcy Court | Admin Ch. 7 | $293.00 | $293.00 | $293.00 | $0.00 | $0.00 | $3,674.54 |
| | <2700-00 Clerk of the Court Fees> | | | | | | | |
| | Mark P. Cornell | Admin Ch. 7 | $1,750.00 | $1,750.00 | $0.00 | $1,750.00 | $1,750.00 | $1,924.54 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Mark P. Cornell | Admin Ch. 7 | $108.49 | $108.49 | $0.00 | $108.49 | $108.49 | $1,816.05 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| 2P | Internal Revenue Service | Priority | $30,491.00 | $30,491.00 | $0.00 | $30,491.00 | $1,816.05 | $0.00 |
| 1 | American Express Centurion Bank c/o Becket and Lee LLP | Unsecured | $4,975.12 | $4,975.12 | $0.00 | $4,975.12 | $0.00 | $0.00 |
| 2U | Internal Revenue Service | Unsecured | $164,460.58 | $164,460.58 | $0.00 | $164,460.58 | $0.00 | $0.00 |
| 3 | Shauna S. McMenimen | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | American Express Centurion Bank c/o Becket | Unsecured | $33,585.18 | $33,585.18 | $0.00 | $33,585.18 | $0.00 | $0.00 |

**Exhibit C**

## Claims Proposed Distribution Register

### Case: 12-10713 MCMENIMEN, FREDERICK III V.

| **Case Balance:** | $3,674.54 | **Total Proposed Payment:** | $3,674.54 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | and Lee LLP | | | | | | | |
| 5 | American InfoSource LP as agent for DIRECTV, LLC | Unsecured | $824.66 | $824.66 | $0.00 | $824.66 | $0.00 | $0.00 |
| 6 | Samuel Pietropaolo Irrevocable Trust Samuel Pietropaolo, Trustee | Unsecured | $1,786,794.45 | $1,786,794.45 | $0.00 | $1,786,794.45 | $0.00 | $0.00 |
| 7 | Estate of Samuel Pietropaolo Samuel Pietropaolo, Trustee | Unsecured | $1,786,794.45 | $1,786,794.45 | $0.00 | $1,786,794.45 | $0.00 | $0.00 |
| 8 | Patricia Pietropaolo Samuel Pietropaolo | Unsecured | $1,786,794.45 | $1,786,794.45 | $0.00 | $1,786,794.45 | $0.00 | $0.00 |

**Exhibit C**

## Claims Proposed Distribution Register

### Case: 12-10713 MCMENIMEN, FREDERICK III V.

| Case Balance: | $3,674.54 | Total Proposed Payment: | $3,674.54 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|
| | **Total for Case:** | **12-10713** | | $5,869,806.83 | $5,602,871.38 | $6,293.00 | $5,596,578.38 | $3,674.54 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-10713
Case Name: FREDERICK III V. MCMENIMEN
Trustee Name: Mark P. Cornell

**Balance on hand:** $ 3,674.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 266,935.45 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,674.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mark P. Cornell | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Mark P. Cornell | 108.49 | 0.00 | 108.49 |
| Charge, U.S. Bankrupcy Court | 293.00 | 293.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Daniel Proctor, Attorney at Law | 5,806.25 | 5,806.25 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Daniel Proctor, Attorney at Law | 193.75 | 193.75 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 1,858.49
Remaining balance: $ 1,816.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,816.05

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $30,491.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Internal Revenue Service | 30,491.00 | 0.00 | 1,816.05 |
| | Total to be paid for priority claims: | | $ | 1,816.05 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,564,228.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American Express Centurion Bank c/o Becket and Lee LLP | 4,975.12 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 164,460.58 | 0.00 | 0.00 |
| 3 | Shauna S. McMenimen | 0.00 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank c/o Becket and Lee LLP | 33,585.18 | 0.00 | 0.00 |
| 5 | American InfoSource LP as agent for DIRECTV, LLC | 824.66 | 0.00 | 0.00 |
| 6 | Samuel Pietropaolo Irrevocable Trust Samuel Pietropaolo, Trustee | 1,786,794.45 | 0.00 | 0.00 |
| 7 | Estate of Samuel Pietropaolo Samuel Pietropaolo, Trustee | 1,786,794.45 | 0.00 | 0.00 |
| 8 | Patricia Pietropaolo Samuel Pietropaolo | 1,786,794.45 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**