**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:  FREDERICK V. MCMENIMEN, III          Chapter 7
                                             Case #: 12-10713-JMD

## CHAPTER 7 TRUSTEE'S STATEMENT IN SUPPORT OF AMENDED FINAL REPORT AND REQUEST FOR COMPENSATION AND EXPENSES

I hereby authorize the United States Trustee's Office to file the accompanying Amended Trustee's Final Report.

I also hereby request approval of compensation in accordance with 11 U.S.C. § 326(a) and reimbursement for reasonable and necessary expenses as specified in paragraph 8 of the Trustee's Final Report.

Date:  December 9, 2015          /S/ Mark P. Cornell
                                 Mark P. Cornell
                                 2 Greenwood Ave.
                                 Concord, NH 03301