UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:   FREDERICK V. MCMENIMEN, III                                    Chapter 7
                                                                        Case #: 12-10713-JMD

ORDER ON TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION
AND REQUEST FOR PAYMENT OF ADMINISTRATIVE FEES AND EXPENSES

The Chapter 7 Trustee filed an Application for Compensation on behalf of himself and the other parties (if any) listed below. This matter having been duly noticed to creditors and no objections having been filed, it is hereby ORDERED:

1.   Trustee's commission in the amount of $1,750.00 and expenses in the amount of $108.49 are allowed as requested.

The hearing scheduled on the Trustee's Request for Payment of Administrative Fees and Expenses is hereby canceled.

SO ORDERED,

Dated _____

                                                              _____
                                                              Hon. J. Michael Deasy
                                                              United States Bankruptcy Court for
                                                              The District of New Hampshire