UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE
Manchester DIVISION

In re: MCMENIMEN, FREDERICK III V. § Case No. 12-10713
§
§
§
　　　　Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Mark P Cornell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $736,569.00 | Assets Exempt: | $42,994.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,816.05 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $8,183.95 | | |

　　　　3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,645,192.87 | $266,935.45 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,183.95 | $8,183.95 | $8,183.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $30,491.00 | $30,491.00 | $1,816.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,847,783.00 | $5,564,228.89 | $5,564,228.89 | $0.00 |
| **TOTAL DISBURSEMENTS** | $9,492,975.87 | $5,869,839.29 | $5,602,903.84 | $10,000.00 |

4) This case was originally filed under chapter 7 on 03/06/2012.  The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   05/31/2016    By: /s/ Mark P Cornell
                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference/Fraudulent Transfer Claims | 1241-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 4110-000 | $341,000.00 | $266,935.45 | $0.00 | $0.00 |
| N/F | Bank of America | 4110-000 | $266,997.11 | NA | NA | NA |
| N/F | Passatempo Trust c/o Sheehan Phinney Bass & Green | 4110-000 | $1,400,000.00 | NA | NA | NA |
| N/F | GCI Finance Inc. | 4110-000 | $236,268.00 | NA | NA | NA |
| N/F | Citizen's Bank | 4110-000 | $59,927.76 | NA | NA | NA |
| N/F | Internal Revenue Service | 4110-000 | $341,000.00 | NA | NA | NA |
| N/F | Susan Wagstaff | 4110-000 | $1,000,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$3,645,192.87** | **$266,935.45** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark P. Cornell | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Mark P. Cornell | 2200-000 | NA | $108.49 | $108.49 | $108.49 |
| Clerk, United States Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Rabobank, N.A. | 2600-000 | NA | $32.46 | $32.46 | $32.46 |
| Daniel Proctor, Attorney at Law | 3210-000 | NA | $5,806.25 | $5,806.25 | $5,806.25 |
| Daniel Proctor, Attorney at Law | 3220-000 | NA | $193.75 | $193.75 | $193.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$8,183.95** | **$8,183.95** | **$8,183.95** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | NA | $30,491.00 | $30,491.00 | $1,816.05 |
| N/F | null | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$30,491.00** | **$30,491.00** | **$1,816.05** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-000 | $3,800.00 | $4,975.12 | $4,975.12 | $0.00 |
| 2U | Internal Revenue Service | 7100-000 | NA | $164,460.58 | $164,460.58 | $0.00 |
| 3 | Shauna S. McMenimen | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-000 | $16,000.00 | $33,585.18 | $33,585.18 | $0.00 |
| 5 | American InfoSource LP as agent for DIRECTV, LLC | 7100-000 | NA | $824.66 | $824.66 | $0.00 |
| 6 | Samuel Pietropaolo Irrevocable Trust Samuel Pietropaolo, Trustee | 7100-000 | $1,400,000.00 | $1,786,794.45 | $1,786,794.45 | $0.00 |
| 7 | Estate of Samuel Pietropaolo Samuel Pietropaolo, Trustee | 7100-000 | $1,400,000.00 | $1,786,794.45 | $1,786,794.45 | $0.00 |
| 8 | Patricia Pietropaolo Samuel Pietropaolo | 7100-000 | $1,400,000.00 | $1,786,794.45 | $1,786,794.45 | $0.00 |
| N/F | Sasson & Cyrnrot | 7100-000 | $13,000.00 | NA | NA | $0.00 |
| N/F | Raphael Er Raphael LLP | 7100-000 | $9,000.00 | NA | NA | $0.00 |
| N/F | American Express | 7100-000 | $16,000.00 | NA | NA | $0.00 |
| N/F | American Express | 7100-000 | $3,800.00 | NA | NA | $0.00 |
| N/F | Sasson & Cyrnrot | 7100-000 | $13,000.00 | NA | NA | $0.00 |
| N/F | Frederick V. McMenimen, Jr. | 7100-000 | $135,000.00 | NA | NA | $0.00 |
| N/F | Frederick V. McMenimen, Jr. | 7100-000 | $135,000.00 | NA | NA | $0.00 |
| N/F | American Express | 7100-000 | $16,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Bank of America | 7100-000 | $3,754.46 | NA | NA | $0.00 |
| N/F | Raphael Er Raphael LLP | 7100-000 | $9,000.00 | NA | NA | $0.00 |
| N/F | McLane Graf Raulerson & Middleton | 7100-000 | NA | NA | NA | $0.00 |
| N/F | William Corbett, Jr., Esq. | 7100-000 | $180,000.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $22,220.94 | NA | NA | $0.00 |
| N/F | McLane Graf Raulerson & Middleton | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $12,913.06 | NA | NA | $0.00 |
| N/F | z N- Prudential Insurance Co of America | 7100-000 | $7,332.29 | NA | NA | $0.00 |
| N/F | American Express | 7100-000 | $3,800.00 | NA | NA | $0.00 |
| N/F | PO Box 15019 | 7100-000 | $12,913.06 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $22,220.94 | NA | NA | $0.00 |
| N/F | Wenthworth by the Sea Marina | 7100-000 | $5,300.00 | NA | NA | $0.00 |
| N/F | PO Box 15019 | 7100-000 | $22,220.94 | NA | NA | $0.00 |
| N/F | Frederick V. McMenimen, Jr. | 7100-000 | $135,000.00 | NA | NA | $0.00 |
| N/F | Raphael & Raphael LLP | 7100-000 | $9,000.00 | NA | NA | $0.00 |
| N/F | American Express | 7100-000 | $16,000.00 | NA | NA | $0.00 |
| N/F | Frederick V. McMenimen, Jr. | 7100-000 | $135,000.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $12,913.06 | NA | NA | $0.00 |
| N/F | Prudential Insurance Co of America | 7100-000 | $7,332.29 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $3,754.46 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $3,754.46 | NA | NA | $0.00 |
| N/F | Sasson & Cymrot | 7100-000 | $13,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Raphael Er Raphael LLP | 7100-000 | $9,000.00 | NA | NA | $0.00 |
| N/F | PO Box 1270 | 7100-000 | $3,800.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $3,754.46 | NA | NA | $0.00 |
| N/F | American ExpressPO Box 1270 | 7100-000 | $16,000.00 | NA | NA | $0.00 |
| N/F | American Express | 7100-000 | $3,800.00 | NA | NA | $0.00 |
| N/F | z N- Prudential Insurance Co of America | 7100-000 | $7,332.29 | NA | NA | $0.00 |
| N/F | William Corbett, Jr., Esq. | 7100-000 | $180,000.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $12,913.06 | NA | NA | $0.00 |
| N/F | Wenthworth by the Sea Marina | 7100-000 | $5,300.00 | NA | NA | $0.00 |
| N/F | Sasson & Cymrot | 7100-000 | $13,000.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $22,220.94 | NA | NA | $0.00 |
| N/F | Prudential Insurance Co of America | 7100-000 | $7,332.29 | NA | NA | $0.00 |
| N/F | k6 William Corbett, Jr., Esq. | 7100-000 | $180,000.00 | NA | NA | $0.00 |
| N/F | ci McLane Graf Raulerson ET Middleton | 7100-000 | NA | NA | NA | $0.00 |
| N/F | William Corbett, Jr., Esq. | 7100-000 | $180,000.00 | NA | NA | $0.00 |
| N/F | Wenthworth by the Sea Marina | 7100-000 | $5,300.00 | NA | NA | $0.00 |
| N/F | McLane Graf Raulerson & Middleton | 7100-000 | NA | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$5,847,783.00** | **$5,564,228.89** | **$5,564,228.89** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 12-10713  
**Case Name:** MCMENIMEN, FREDERICK III V.  
**For Period Ending:** 05/31/2016

**Trustee Name:** (490010) Mark P. Cornell  
**Date Filed (f) or Converted (c):** 03/06/2012 (f)  
**§ 341(a) Meeting Date:** 05/04/2012  
**Claims Bar Date:** 01/20/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6 Pumpkin Circle Exeter, NH 03833 | 575,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand In Debtor's Possession (u) | 869.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account - Citizen's Bank (u) | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account - Citizen's Bank (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account - Kennebunk Savings Bank' (u) | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Checking Account - Kennebunk Savings Bank (u) | 100.00 | 100.00 | | 0.00 | FA |
| 7 | Household Furnishings In Debtor's Possession (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing In Debtor's Possession (u) | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry In Debtor's Possession (u) | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11 | PSB Sports, LLC (100%) (u) | Unknown | 0.00 | | 0.00 | FA |
| 12 | Custom Financial, LLC (100%) | Unknown | 0.00 | | 0.00 | FA |
| 13 | Coach G & C LLC (100%) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Coach's Locker Room, LLC (for disclosure purpose (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2007 BMW 750 In Debtor's Possession (u) | 9,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 12-10713 | Trustee Name: | (490010) Mark P. Cornell |
|---|---|---|---|
| Case Name: | MCMENIMEN, FREDERICK III V. | Date Filed (f) or Converted (c): | 03/06/2012 (f) |
| | | § 341(a) Meeting Date: | 05/04/2012 |
| For Period Ending: | 05/31/2016 | Claims Bar Date: | 01/20/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | 2004 Chrysler Pacifica In Debtor's Possession (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 Moped In Debtor's Possession (u) | 500.00 | 0.00 | | 0.00 | FA |
| 18 | 2004 Chrysler Pacifica I n Debtor's Possession | 2,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2011 Moped I n Debtor's Possession | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 2004 Searay 390 In Debtor's Possession (u) | 140,000.00 | 0.00 | | 0.00 | FA |
| 21 | Season Tickets - Bruins (20 games) | Unknown | 0.00 | | 0.00 | FA |
| 22 | Season Tickets - New England Patriots (Putnam Cl | Unknown | 0.00 | | 0.00 | FA |
| 23 | Lawsuit (u)<br>United States District Court, District Of Massachusetts, Civil Action No. 05-12229-GAO, Frederick V. Mcmenimen III v. Samuel F. Pietropaolo And Ronald P. Passatempo | Unknown | 0.00 | | 0.00 | FA |
| 24 | Preference/Fraudulent Transfer Claims (u)<br>Preference/Fradulent Transfer Claims - Sale of Asset was approved by Court for $10,000. | Unknown | Unknown | | 10,000.00 | Unknown |
| 24 | Assets     Totals     (Excluding unknown values) | **$736,569.00** | **$200.00** | | **$10,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| | |
|---|---|
| **Case No.:** 12-10713 | **Trustee Name:** (490010) Mark P. Cornell |
| **Case Name:** MCMENIMEN, FREDERICK III V. | **Date Filed (f) or Converted (c):** 03/06/2012 (f) |
| | **§ 341(a) Meeting Date:** 05/04/2012 |
| **For Period Ending:** 05/31/2016 | **Claims Bar Date:** 01/20/2015 |

**Major Activities Affecting Case Closing:**

    Prepare TFR.

    Selling judgment. Hearing Scheduled in August 2015. Will then prepare TFR.

**Initial Projected Date Of Final Report (TFR):**   06/30/2015          **Current Projected Date Of Final Report (TFR):**   01/25/2016 (Actual)

05/31/2016  
_____  
Date

/s/Mark P. Cornell  
_____  
Mark P. Cornell

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-10713 | Trustee Name: | Mark P. Cornell (490010) |
| --- | --- | --- | --- |
| Case Name: | MCMENIMEN, FREDERICK III V. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9985 | Account #: | ******6400 Checking |
| For Period Ending: | 05/31/2016 | Blanket Bond (per case limit): | $12,100,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/03/2015 | {24} | Renoir Recovery, LLC | Sale of Judgment against Frederick McMenimen, II - See Doc. #199. | 1241-000 | 10,000.00 |  | 10,000.00 |
| 09/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 12.46 | 9,987.54 |
| 10/06/2015 | 101 | Daniel Proctor, Attorney at Law | See Doc. #206 |  |  | 6,000.00 | 3,987.54 |
|  |  |  | See Doc. #206 $5,806.25 | 3210-000 |  |  | 3,987.54 |
|  |  |  | See Doc. #206 $193.75 | 3220-000 |  |  | 3,987.54 |
| 10/06/2015 | 102 | Clerk, United States Bankruptcy Court | Deferred Filing Fee for 14-01005 | 2700-000 |  | 293.00 | 3,694.54 |
| 10/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,684.54 |
| 11/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 3,674.54 |
| 02/26/2016 | 103 | Mark P. Cornell | Dividend paid 100.00% on $1,750.00 \| Claim # FEE \| Filed: $1,750.00 | 2100-000 |  | 1,750.00 | 1,924.54 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                                                    ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-10713 | Trustee Name: | Mark P. Cornell (490010) |
| --- | --- | --- | --- |
| Case Name: | MCMENIMEN, FREDERICK III V. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9985 | Account #: | ******6400 Checking |
| For Period Ending: | 05/31/2016 | Blanket Bond (per case limit): | $12,100,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/26/2016 | 104 | Mark P. Cornell | Dividend paid 100.00% on $108.49 \| Claim # TE \| Filed: $108.49 | 2200-000 | | 108.49 | 1,816.05 |
| 02/26/2016 | 105 | Internal Revenue Service | Dividend paid 5.96% on $30,491.00 \| Claim # 2P \| Filed: $30,491.00 | 5800-000 | | 1,816.05 | 0.00 |
| | | | COLUMN TOTALS | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,000.00 | 10,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.00 | $10,000.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-10713 | **Trustee Name:** | Mark P. Cornell (490010) |
| **Case Name:** | MCMENIMEN, FREDERICK III V. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9985 | **Account #:** | ******6400 Checking |
| **For Period Ending:** | 05/31/2016 | **Blanket Bond (per case limit):** | $12,100,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6400 Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

05/31/2016
Date

/s/Mark P. Cornell
Mark P. Cornell

**UST Form 101-7-TDR (10 /1/2010)**